UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

TRUSTEES OF THE PAINTERS UNION
DEPOSIT FUND,

        Plaintiff(s),                    CIVIL ACTION NO. 05-70508

v.                                     JUDGE PAUL D. BORMAN
                                          UNITED STATES DISTRICT JUDGE

VASQUEZ DRYWALL, INC., et al.,

        Defendant(s).
_____/

### ORDER OF DISMISSAL

At a session of said Court held in the
Theodore Levin Courthouse in the City of
Detroit, Michigan on September 29, 2005

PRESENT:    HONORABLE PAUL D. BORMAN
                        United States District Judge

     The plaintiff has filed a Notice of Voluntary Dismissal with prejudice and without costs, pursuant to Rule 41 (a)(1)(i) of the Federal Rules of Civil Procedure , thereby obviating the necessity of a trial.

     IT IS ORDERED that the above-entitled cause shall be, and is, dismissed with prejudice and without costs.

                                              s/Paul D. Borman
                                              PAUL D. BORMAN
                                              UNITED STATES DISTRICT JUDGE

Dated: September 29, 2005

### CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on September 29, 2005.

                                              s/Jonie Parker
                                              Case Manager